DAVID TYKULSKER, ESQ. (DT-2609)
DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, New Jersey 07042
(973) 509-9292
*Attorneys for Defendant/Third-Party Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : | Case No. 05-4149 (SDW) |
| Plaintiff, | : | Civil Action |
| v. | : | |
| | : | STIPULATION OF SETTLEMENT |
| LOCAL 190, NORTH JERSEY AREA LOCAL, AMERICAN POSTAL WORKERS UNION, AFL-CIO, | : | |
| Defendant/Third Party Plaintiff, | : | |
| v. | : | |
| AMERICAN ARBITRATION ASSOCIATION, | : | |
| Third Party Defendant. | : | |

Defendant/Third Party Plaintiff LOCAL 190, NORTH JERSEY AREA LOCAL, AMERICAN POSTAL WORKERS UNION, AFL-CIO, and Third Party Defendant AMERICAN ARBITRATION ASSOCIATION, having amicably all claims, do hereby stipulate, pursuant to Fed.R.Civ.P. 41(a) that the Third-Party Complaint in this matter be and hereby is dismissed with

prejudice and without costs.

_____
David Tykulsker, Esq.
Attorney for Third Party Plaintiff

Dated: _May 2, 2007_

_____
Patrick Papalia, Esq.
Attorney for Third Party Defendant

Dated: _____

SO ORDERED

_____
SUSAN D. WIGENTON, U.S.D.J.

May 3, 2007