**U.S. Department of Labor**

Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:

SOL: JR
0282
Tel. (212) 337-2092
Fax (212) 337-2112

January 4, 2008

**BY ECF AND REGULAR MAIL**

Hon. Susan D. Wigenton U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg.
    and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    Elaine L. Chao, Secretary of Labor v. Local 190, North Jersey Area,
>        American Postal Workers Union, AFL-CIO, et al.
>        Civil Action Docket No. 05-CV-4149(SDW/MCA)

Dear Judge Wigenton:

Pursuant to Section 402(c)(2), of the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. §481(g), the Secretary of Labor is now in position to certify the results of the supervised election which was re-run pursuant to the Consent Judgment signed May 2, 2007 and the Amended Consent Judgment filed August 28, 2007, in the above captioned matter. Accordingly, enclosed please find a Certification of Election and Declaration of Patricia Fox, Acting Chief, Division of Enforcement, Office of Labor-Management Standards Administration, United States Department of Labor. Also enclosed please find a proposed Judgment and Order certifying the supervised election. Please note that the original signed version of these documents is being sent to Your Honor by regular mail.

Sincerely,

Patricia M. Rodenhausen
Regional Solicitor

By: *Jeffrey Rogoff*

Jeffrey Rogoff
Senior Attorney

cc:    David Tykulsker, Esq. (w/enclosures) (by ECF)
       Susan J. Steele, Chief, Civil Division (w/enclosures) (by ECF)